# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1447
Lower Tribunal No. 2020-CF-001483

_____

STATE OF FLORIDA,

Appellant,

v.

JASON DAVID ASTUDILLO,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Mikaela Nix-Walker, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and GANNAM, JJ., concur.


Ashley Moody, Attorney General, Tallahassee, and Deborah Chance, Assistant Attorney General, Daytona Beach, for Appellant.

Asad Ali and Robert I. Mandell, of Mandell Law, P.A., Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED